In the Matter of the Estate of Amy J. Evans, Deceased. Janet W. Hill, Respondent; Durward R. Evans, as Executor of Amy J. Evans, Deceased, Appellant.

Submitted June 7, 1943; decided June 18, 1943.

*Howard L. Kuttner* and *Henry M. Wolfson* for motion.

*Janet W. Hill,* in person, and *William J. Gordon* opposed.

Motion dismissed, with ten dollars costs and necessary printing disbursements, on the ground that the order does not finally determine the proceeding within the meaning of the Constitution.